U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
8/12/2009 at 1:30 PM
Hon. Robert E. Nugent, Presiding

Case Information:
       09-11441 Jimmie David Pitzer and Donna Jean Pitzer    Chapter: 13

Judge: REN     Filed: 05/13/2009        Pln Confirmed:

Appearances:
·X        Susan Saidian for  William H. Zimmerman Jr.  representing  Jimmie David Pitzer Jr.
          (Debtor)
          William H. Zimmerman Jr.  representing  Donna Jean Pitzer  (Joint Debtor)
X         Laurie B Williams  (Trustee)

Issue(s):
          Chapter 13 Plan  Filed by Joint Debtor Donna Jean Pitzer, Debtor Jimmie David Pitzer
Jr..

Notes/Decision                 CHAPTER 13 PLAN CONFIRMED.

Courtroom Deputy:    Karen Stevens
ECRO:                Shirley Holmes